UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.:

| | |
|---|---|
| NICHOLAS PONIATOWSKI<br>   Plaintiff,<br>v.<br>MARVIN LOVETT<br>   Defendant. | **COMPLAINT** |

Plaintiff Nicholas Poniatowski ("Plaintiff"), by counsel, for his Complaint, states as follows:

### Jurisdiction

1. The amount in controversy in regard to the claim that is the basis of this Complaint is in excess of $75,000.00, exclusive of interest and costs.

2. This action is brought pursuant to 28 U.S.C. 1332(a)(1), so-called diversity of citizenship jurisdiction.

### Venue

3. Venue is proper in the District of Massachusetts pursuant to 28 U.S.C. §1391(b)(2), as that is where the events or omissions giving rise to the claim occurred.

### Nature of the Action

4. This is an action for money damages for personal injury suffered by plaintiff Nicholas Poniatowski as a result of an automobile collision in Boston, Massachusetts. Plaintiff alleges that defendant was negligent and reckless in operating a motor vehicle inside the Tip O'Neill Tunnel.

## The Parties

1. Plaintiff Nicholas Poniatowski ("Plaintiff") is an individual and citizen of the State of Connecticut, residing at 35 Munnisunk Drive, Simsbury, Connecticut 06070.

2. Defendant Marvin Lovett ("Defendant Lovett") is an individual and citizen of the Commonwealth of Massachusetts, residing at 676 Sumner Street, Springfield, MA 01108.

## COUNT I

3. At all times relevant to this complaint, Interstate 93 runs north-south through the City of Boston in the Commonwealth of Massachusetts, and is a public way.

4. On the morning of January 1, 2019, Plaintiff was operating an automobile proceeding southbound on said Interstate 93, in the Tip O'Neill Tunnel.

5. At the same time as Plaintiff was proceeding as aforesaid, Defendant Lovett was also operating an automobile southbound on said Interstate 93, in the Tip O'Neill Tunnel.

6. At the time and place aforementioned, Defendant Lovett did operate his automobile in a negligent and reckless manner, including but not limited to grossly excessive speeding, changing lanes back and forth at high speed and without warning to other motorists, failing to keep a proper lookout and otherwise operating in a manner that showed a callous disregard for the safety of fellow motorists, all of which was captured on surveillance video located within said tunnel.

7. As a direct and proximate result of Defendant Lovett's negligence as aforesaid, the vehicle which Plaintiff was operating crashed.

8. As a direct and proximate result of Defendant Lovett's negligence as aforesaid, Plaintiff sustained serious and permanent injury, and incurred in excess of $2000.00 in reasonable and necessary medical expenses.

9. At all times relevant to the Complaint, Plaintiff was in the exercise of due care.

**WHEREFORE, PLAINTIFF NICHOLAS PONIATOWSKI DEMANDS JUDGEMENT AGAINST DEFENDANT MARVIN LOVETT IN THE SUM OF THREE HUNDRED THOUSAND DOLLARS, PLUS INTEREST AND COSTS**

**PLAINTIFF DEMANDS TRIAL BY JURY**

December 15, 2021

        Respectfully submitted,
        The Plaintiff,
        By his attorneys,

*Scott E. Charnas*
_____
Scott E. Charnas, BBO No. 081240
CHARNAS LAW FIRM, P.C.
455 E. 51st Street
New York, NY 10022
Tel: 212-980-6800
Fax: 212-980-1871
Email: scharnas@charnaslawfirm.com